ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7234
    helen.gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-144 JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM MAY 23, 2018 TO JUNE 6, 2018 |
| v. | |
| WILMON INGRAM, | |
| Defendant. | |

The parties have not yet appeared before this Court. On April 26, 2018, the parties appeared before the Honorable Kandis A. Westmore, who set a first status conference in this case before the Honorable James Donato for May 23, 2018 at 10:30 a.m. The parties also stipulated, and the Honorable Kandis A. Westmore ordered, that time between April 26, 2018 and May 23, 2018, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties now jointly request that the status conference scheduled for May 23, 2018 be continued to June 6, 2018 at 10:30 a.m. Helen Gilbert, the Assistant United States handling the case on behalf of the government, will be traveling out of state and is unavailable on May 23, 2018

The parties further stipulate to exclude the time between May 23, 2018 and June 6, 2018, from

1 the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C.

2 § 3131 *et al*.  The government has produced discovery in this case and anticipates producing additional

3 discovery between the date of this filing and the proposed June 6, 2018 status conference.  Therefore,

4 the parties agree that the time period of May 23, 2018 through June 6, 2018, should be excluded

5 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) on the basis that the ends of justice served by

6 the continuance outweigh the best interests of the public and the defendant in a speedy trial, and failing

7 to exclude time between May 23, 2018 and June 6, 2018, would deny counsel the reasonable time

8 necessary for effective preparation, taking into account the exercise of due diligence.

9 SO STIPULATED.

Dated: May 17, 2018

ALEX G. TSE
Acting United States Attorney

*/s/ Helen L. Gilbert*
HELEN L. GILBERT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

*/s/Joyce Leavitt (with email authorization)*
JOYCE LEAVITT
Attorney for Defendant
Wilmon Ingram

## [PROPOSED] ORDER

For the reasons stated, the status conference scheduled in this matter for May 23, 2018 is continued to June 6, 2018 at 10:30 a.m.  The time between May 23, 2018, and June 6, 2018, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv).  Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: _5/18/18_____            _____
                                        HONORABLE JAMES DONATO
                                        United States District Judge